MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Robert Osterkamp

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-03 453 LKK |
| ) Plaintiff ) | |
| ) | STIPULATION and ORDER |
| vs. ) | CONTINUING SENTENCING |
| ) | |
| ROBERT OSTERKAMP ) | Date: August 16, 2005 |
| ) | Time: 9:30 AM |
| Defendant ) | Courtroom #4 |

PLEASE TAKE NOTICE that the parties, through their respective counsel, stipulate to the continuance of sentencing in the above referenced matter to August 16, 2005 at 9:30 AM. This continuance is necessitated due to the fact that the undersigned counsel is presently in trial in the matter of the United States v Roberson presently before the Honorable William B. Shubb, and will not be available until August 16, 2005.

////

////

////

////

-1-

1  Assistant United States Attorney Melikian agrees with this
2  request and has authorized the undersigned to submit his
3  signature.

**IT IS SO STIPULATED**

DATED:     July 9, 2005              /S/ Michael B. Bigelow
                                     Michael B. Bigelow
                                     Attorney for Defendant


Dated: July 9, 2005                  /S/ Ken Melikian
                                     Ken Melikian
                                     AUSA

**IT IS SO ORDERED**

Dated: July 11, 2005                 /s/Lawrence K. Karlton
                                     Hon. Lawrence K. Karlton
                                     Senior Judge