McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:03-CR-453-LKK |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |
| ROBERT DALE OSTERKAMP, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Robert Dale Osterkamp, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Robert Dale Osterkamp's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.  Approximately $18,700 in U.S. Currency, seized on or about October 2, 2003, from the residence located at 102 Rio Del Mar, American Canyon, California.

1    2.  The above-listed property was constitutes or is derived from
2  proceeds defendant obtained directly or indirectly as a result of the
3  commission of the violation of 21 U.S.C. §§ 841(a)(1) and 846.
4    3.  Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-described property.
6  That the aforementioned forfeited property shall be seized and held
7  by the United States Marshals Service, in its secure custody and
8  control.
9    4.  a.  Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the
10 United States forthwith shall publish at least once for three
11 successive weeks in the Napa Register (Napa County), a newspaper of
12 general circulation located in the county in which the above-described
13 property was seized, notice of this Order, notice of the Attorney
14 General's intent to dispose of the property in such manner as the
15 Attorney General may direct, and notice that any person, other than
16 the defendant, having or claiming a legal interest in the above-listed
17 forfeited property must file a petition with the Court within thirty
18 (30) days of the final publication of the notice or of receipt of
19 actual notice, whichever is earlier.
20    b.  This notice shall state that the petition shall be for
21 a hearing to adjudicate the validity of the petitioner's alleged
22 interest in the property, shall be signed by the petitioner under
23 penalty of perjury, and shall set forth the nature and extent of the
24 petitioner's right, title or interest in the forfeited property and
25 any additional facts supporting the petitioner's claim and the relief
26 sought.
27
28
                                      2

      c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 12th day of July, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    United States District Judge