**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Robert Osterkamp

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA          ) | |
|                         ) | No. Cr.S-03 453 LKK |
|          Plaintiff        ) | |
|                         ) | STIPULATION CONTINUING |
|      vs.               ) | SENTENCING |
|                         ) | |
|                         ) | ORDER |
| ROBERT OSTERKAMP                   ) | |
|                         ) | Date: September 7, 2005 |
|                         ) | Time: 9:30 AM |
|         Defendant        ) | Court: LKK |
|                         ) | |

PLEASE TAKE NOTICE that the parties, through their respective counsel, stipulate to the continuance of sentencing in the above referenced matter to September 7, 2005 at 9:30 AM. This continuance is necessitated due to the fact that the undersigned counsel is presently in trial (jury selection) in the matter of the People v Lopez (Yolo County) In addition, the defendant's family has requested a continuance of the sentencing from August 16, 2005, a date when they will be unavailable.

I have called Assistant United States Attorney Melikian a few times over the past two weeks and left messages on his answering machine stating my request and asking him to return my calls if he had any objection to my proposed stipulation to call

1   me and let me know. As of this writing I have not heard from

2   him, due to his busy schedule, but based on past conversations

3   with him believe he is in agreement with my request and that he

4   does not object to my submitting his signature hereto.

5       **IT IS SO STIPULATED**

6

7

        DATED:    August 11, 2005          /S/ Michael B. Bigelow
8                                          Michael B. Bigelow
                                           Attorney for Defendant
9

10

11

12      Dated: August 11, 2005             /S/ Ken Melikian
                                           Ken Melikian
13                                         AUSA

14      **IT IS SO ORDERED**

15

16

        Dated: August 12, 2005            /s/Lawrence K. Karlton
17                                         Hon. Lawrence K. Karlton
                                           District Court Judge
18

19

20

21

22

23

24

25

-2-